UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Helfand & Helfand
350 Fifth Avenue, Ste. 5330
New York, NY 10165
212-599-3303
Michael C. D'Aries, Esq.
Attorneys for 21st Mortgage Corporation
("21st Mortgage")

Order Filed on October 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joanne R Messey a/k/a Joanne Moir,
                         Debtor

Case No.:    13-24589

Hearing Date:    September __, 2016

Judge:    Kathryn C. Ferguson

Chapter:    13

Recommended Local Form:    ☐ Followed    ☑ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____21st Mortgage Corporation,_____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑    Real property more fully described as:

   25 Vincent Drive, Burlington, NJ 08016

❏    Personal property more fully described as:

It is further ORDERED that the co-Debtor stay under Section 1301(a) is vacated as to Edwin W. Messey and Lois Messey, vis-a-vis the subject property

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*