**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Helfand & Helfand
350 Fifth Avenue, Ste. 5330
New York, NY 10165
212-599-3303
Michael C. D'Aries, Esq.
Attorneys for 21st Mortgage Corporation
("21st Mortgage")

Order Filed on October 24, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joanne R Messey a/k/a Joanne Moir,
                                    Debtor

Case No.:       13-24589

Hearing Date:   September   , 2016

Judge:          Kathryn C. Ferguson

Chapter:        13

Recommended Local Form:    ☐ Followed    ☑ Modified

## ORDER VACATING STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 24, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____ 21st Mortgage Corporation, _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

25 Vincent Drive, Burlington, NJ 08016

❏ Personal property more fully described as:

It is further ORDERED that the co-Debtor stay under Section 1301(a) is vacated as to Edwin W. Messey and Lois Messey, vis-a-vis the subject property

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Joanne R Messey  
    Debtor

Case No. 13-24589-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 1                  Date Rcvd: Oct 25, 2016
                          Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2016.
db             +Joanne R Messey,    25 Vincent Drive,    Burlington, NJ 08016-3849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2016 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
        bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Loss Mitigation    Wells Fargo Bank N.A.
        bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
        Michael C. D'Aries    on behalf of Creditor    21st Mortgage Corporation mdaries@helfandlaw.com,
        ahelfand@helfandlaw.com
        R. A. Lebron    on behalf of Creditor    BSI FINANCIAL as servicer for, FIRST BANK RICHMOND
        bankruptcy@feinsuch.com
        Scott Eric Kaplan    on behalf of Debtor Joanne R Messey scott@sekaplanlaw.com,
        felisha@sekaplanlaw.com,sekparalegal@gmail.com
                                                                             TOTAL: 9