Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 13–24589–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joanne R Messey
aka Joanne Moir
25 Vincent Drive
Burlington, NJ 08016

Social Security No.:
xxx–xx–9889

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 17, 2014.

On February 3, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: March 8, 2017
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 7, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-24589-KCF
Joanne R Messey                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2              Date Rcvd: Feb 07, 2017
                             Form ID: 185             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
```
db          +Joanne R Messey,    25 Vincent Drive,    Burlington, NJ 08016-3849
cr          +21st Mortgage Corporation,    c/o Helfand & Helfand,    350 Fifth Avenue,   Suite 5330,
              New York, NY 10118-5306
sp          +Scott E Kaplan,    Law Offices of Scott E. Kaplan, LLC,    12 N. Main Street,
              Allentown, NJ 08501-1607
lm          +Wells Fargo Bank N.A.,    3476 Stateview Blvd.,    MAC X7801-013,   Ft. Mill, SC 29715-7203
514049722   +Apex Asset,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
514049724   +BYL Collection Services, LLC,    301 Lacey Street,    West Chester, PA 19382-3727
514049723   +Bsi Financial Services,    314 S Franklin Street,    Titusville, PA 16354-2168
514049725  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA   23285)
514122204    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
514049726   +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
514049727   +Convergent Outsourcing, Inc,    800 SW 39th St/P.O. Box 9004,    Renton, WA 98057-9004
514049728    Hampton Hospital,    650 Rancocas Road,    Westampton, NJ 08060-5613
514049731    PSE&G,    P.O. Box 14444,    New Brunswick, NJ  08906-4444
514049729   +Patricia Ronayne, Esquire,    644 S. Church Street,    Mt Laurel, NJ 08054-1302
514049734  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of NJ, Div of Taxation,    P.O. Box 245,
              Trenton, NJ  08646-0245)
514049732   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
514049733    St Mary Medical Center,    C/O Financial Recoveries,    P.O. Box 1388,
              Mt Laurel, NJ  08054-7388
514316763   +Wells Fargo Bank, N.A.,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
              Mountainside, NJ 07092-2315
514317907   +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC# D3347-014,   3476 Stateview Blvd.,
              Fort Mill, SC 29715-7203
514049735    Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2017 22:40:43     U.S. Attorney,   970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2017 22:40:39     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516193361    Fax: 800-813-8164 Feb 07 2017 23:24:00     21st Mortgage Corporation,    PO Box 477,
              Knoxville TN, 37901
514194573   +E-mail/Text: bankruptcy@pseg.com Feb 07 2017 22:39:41     PSE&G,   Attn: Bankruptcy Dept,
              PO Box 490,    Cranford NJ 07016-0490
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516193362*  ++21ST MORTGAGE CORPORATION,    PO BOX 477,    KNOXVILLE TN 37901-0477
             (address filed with court: 21st Mortgage Corporation,    PO Box 477,   Knoxville TN, 37901)
514226406*  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514049730   ##+Pentagroup Financial,    5959 Corporate Dri,    Houston, TX 77036-2311
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 07, 2017
                              Form ID: 185             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A.
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Loss Mitigation    Wells Fargo Bank N.A.
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Michael C. D'Aries    on behalf of Creditor    21st Mortgage Corporation mdaries@helfandlaw.com,
           ahelfand@helfandlaw.com
          R. A. Lebron    on behalf of Creditor    BSI FINANCIAL as servicer for, FIRST BANK RICHMOND
           bankruptcy@feinsuch.com
          Scott E. Kaplan    on behalf of Debtor Joanne R Messey scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com
                                                                                             TOTAL: 9
```